IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR247** |
| vs. | ) | |
| | ) | **ORDER** |
| **A. J. KELLY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the defendant's Motion to Continue Trial (Doc. 46). Considering the age of the case, the number of continuances that have already been granted, and the record as a whole, I find that the defendant has not shown good cause for a continuance of this trial.

    **IT IS ORDERED** that the defendant's Motion to Continue Trial (Doc. 46) is denied and the matter remains set for trial July 7, 2009.

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **10:00 AM on July 2, 2009.**

    **DATED July 1, 2009.**

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**