**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR247** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **A. J. KELLY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      This matter is before the court on the defendant's Motion to Continue Trial (Doc. 51). Considering the age of the case, the number of continuances that have already been granted, the record as a whole, and the content of this motion, I once again find that the defendant has not shown good cause for a continuance of this trial.

      **IT IS ORDERED** that the defendant's Motion to Continue Trial (Doc. 51) is denied and the matter remains set for trial August 11, 2009.

      **DATED August 4, 2009.**

                        **BY THE COURT:**

                        **s/ F.A. Gossett
United States Magistrate Judge**