IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )      8:08CR247 |
| Plaintiff, | ) |
| | )     ADOPTION OF REVISED |
| | ) PRESENTENCE INVESTIGATION |
| | )             REPORT |
| vs. | ) |
| | ) |
| A. J. KELLY, | ) |
| | ) |
| Defendant. | ) |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to this Court's Order filed on February 16, 1988, concerning the implementation of the Sentencing Procedures under the Sentencing Reform Act of 1984, hereby states it has no objections, additions, or changes to be made to the Revised Presentence Investigation Report completed in connection with this case. Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant. Plaintiff hereby adopts the information and materials contained within the Revised Presentence Investigation Report.

Dated this 19th day of October, 2009.

                                               UNITED STATES OF AMERICA,
                                               Plaintiff

                                               DEBORAH R. GILG
                                               United States Attorney
                                               District of Nebraska


                                                s/ Michael D. Wellman
                         By:    MICHAEL D. WELLMAN (#14455)
                                               Assistant United States Attorney
                                               1620 Dodge Street, Suite 1400
                                               Omaha, Nebraska 68102-1506
                                               (402) 661-3700

CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Michael F. Maloney, Assistant Federal Public Defender**.  I do hereby also certify that I have caused to be hand-delivered a true and correct copy of the foregoing to **Jennifer L. Baker, U.S. Probation Officer**, a  non CM/ECF participant, this 19th day of October, 2009.

      s/ Michael D. Wellman
      MICHAEL D. WELLMAN
      Assistant United States Attorney