IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:08CR247 |
| ) | |
| A. J. KELLY, ) | **MOTION TO AMEND** |
| ) | **FINAL ORDER OF FORFEITURE** |
| ) | |
| Defendants. ) | |

COMES NOW the Plaintiff, United States of America, and respectfully requests this Court amend its Final Order of Forfeiture (Filing No. 80) for the reason that the subject weapon is in the possession of the Bureau of Alcohol, Tobacco, Firearms and Explosives.  That should be the agency directed to dispose of the weapon.

WHEREFORE, the Plaintiff, United States of America, respectfully requests this Court amend its Final Order of Forfeiture to direct the Bureau of Alcohol, Tobacco, Firearms and Explosives to dispose of the weapon.

        UNITED STATES OF AMERICA
        Plaintiff

        DEBORAH R. GILG
        United States Attorney


By:    s/Nancy A. Svoboda
      NANCY A. SVOBODA  (#17429)
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, Nebraska 68102-1506
      (402) 661-3700


**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


      s/Nancy A. Svoboda
      NANCY A. SVOBODA
      ASSISTANT U.S. ATTORNEY