IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:08CR247 |
| Plaintiff, | |
| | ORDER |
| vs. | |
| A. J. KELLY, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Motion to amend the Final Order of Forfeiture (Filing No. 81).

IT IS ORDERED:

1.   The Plaintiff's Motion (Filing No. 81) to amend is granted; and

2.   This Court's Final Order of Forfeiture (Filing No. 81) is hereby amended to reflect the Bureau of Alcohol, Tobacco, Firearms and Explosives is the agency responsible for disposing of the Colt .22 caliber pistol.  All other provisions of the Final Order of Forfeiture remain in full force and effect.

DATED this 5th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge